AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____   DISTRICT OF   ALABAMA _____

TRACY WOOTEN

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2.07-CV-701-WKW

PAGE WALLEY, Commissioner of the Alabama
Department of Human Resources, in his official
capacity,

TO: (Name and address of defendant)
Page Walley - Commissioner
State of Alabama Department of Human Resources
Montgomery County Office
3030 Mobile Hwy, Montgomery, Alabama 36125-0407

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith Anderson Nelms
847 South McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

_Debra P. Hackett_ _____        _8·3ˉ07_ _____

CLERK                                      DATE

_____

(BY) DEPUTY CLERK