IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRACY WOOTEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 2:07-cv-701-WKW |
| | ) |
| PAGE WALLEY, Commissioner of the Alabama Department of Human Resources, in his official capacity, | ) ) ) ) |
| | ) |
|     Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Page Walley, Commissioner of the Alabama Department of Human Resources, in his official capacity, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

**XX**    This party is a governmental entity, or

**XX**    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |

 

| | |
|---|---|
|  August 23, 2007  | s/ Jennifer M. Bush |
| Date | JENNIFER M. BUSH (BUS016) |
| | Assistant Attorney General |
| | ATTORNEY FOR PAGE WALLEY |
| | State of Alabama |
| | Department of Human Resources |
| | P.O. Box 304000 |
| | Montgomery, AL  36130-4000 |
| | Phone:  (334) 242-9330 |
| | Fax:  (334) 242-0689 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith Anderson Nelms
847 South McDonough Street
Montgomery, AL 36104

        s/ Jennifer M. Bush
        JENNIFER M. BUSH (BUS016)
        Assistant Attorney General

        State of Alabama
        Department of Human Resources
        P.O. Box 304000
        Montgomery, Alabama  36130-4000
        Phone:  (334) 242-9330
        Fax:  (334) 242-0689

        ATTORNEY FOR PAGE WALLEY