IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRACY WOOTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-00701-WKW |
| | ) |
| PAGE WALLEY, Commissioner of the | ) |
| Alabama Department of Human | ) |
| Resources, in both his individual | ) |
| official capacities, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of plaintiff's Motion to Amend Complaint (Doc. # 7), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically an exact duplicate of the First Amended Complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*. The Clerk is directed to docket the case to reflect that the defendant is sued in both his individual and official capacities.

It is further ORDERED that the defendant's Motion to Dismiss (Doc #3) is DENIED as moot.

DONE this 10th day of September, 2007.

    /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE