IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRACY WOOTEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: 2:07-cv-00701-WKW |
| | ) |
| PAGE WALLEY, Commissioner | ) |
| of the Alabama Department of | ) |
| Human Resources, in both his | ) |
| individual and official capacities, | ) |
| | ) |
|     Defendant. | ) |

**REPORT OF THE PARTIES' PLANNING MEETING**

1. **APPEARANCES**: Pursuant to FED.R.CIV.P. 26(f) and Local rule 26.1(a), a conference was held on October 11, 2007 via teleconference between the following:

    Keith Anderson Nelms, for Plaintiff; and

    Jennifer M. Bush, for Defendants.

2. **PRE-DISCOVERY DISCLOSURES**: The parties will exchange, by **November 21, 2007**, the information required by Local Rule 26.1(a)(1).

3. **DISCOVERY PLAN**: The parties jointly propose to the Court the following discovery plan:

    (a) Discovery will be needed on the following subjects:

        1. All information pertaining to Plaintiff's claims and damages;

        2. Defendants' defenses.

    (b) All discovery must be commenced in time to be completed by **March 1, 2008**.

    (c) There will be a maximum of **25** interrogatories by each party, including sub-parts, to any other party. The responses will be due **30** days after service.

    (d) There will be a maximum of **25** requests for production of documents by each party, including sub-parts, to any other party. The responses will be due **30** days after service.

    (e) There will be a maximum of **15** requests for admission by each party, including sub-parts, to any other party. The responses will be due **30** days after service.

- (f) The parties agree that no more than **3** depositions may be taken by a party without leave of Court or agreement of the parties. The parties agree that each deposition is limited to a maximum of **4** hours unless extended by agreement of the parties.

- (g) Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by **January 31, 2007**, and from Defendants by **February 28, 2008**.

- (h) Supplementation of the core disclosures under Rule 26(e) will be within **30** days before the end of the discovery period.

4. **OTHER ITEMS:**

- (a) **Scheduling Conference:** The parties do not request a conference with the Court before entry of the scheduling order.

- (b) **Dispositive Motions:** All potentially dispositive motions must be filed by **March 13, 2008**.

- (c) **Settlement:** Settlement and the possibility for mediation cannot be evaluated until some discovery is completed.

- (d) **Pretrial Conference:** The parties request a final pretrial conference **45** days before trial.

- (e) **Trial Evidence:** the final list of witnesses and trial evidence under Rule 26(a)(3) should be due **30** days before trial. The parties should have **10** days after service of the final lists of trial evidence to list objections under Rule 26(a)(3).

- (f) **Trial Date:** The case should be ready for trial by **August 1, 2008**, and is expected to take approximately **2** days of trial time.

Dated: October 11, 2007.

2

/s/ Andy Nelms
**ATTORNEY FOR PLAINTIFF**

LAW OFFICE OF JAY LEWIS, LLC
847 So. McDonough Street, Ste. 100
Montgomery, AL 36104
334-263-7733 (voice)
334-832-4390 (fax)
andynelms@jaylewislaw.com
ASB-6972-E63K


TROY KING
ATTORNEY GENERAL

SHARON E. FICQUETTE
ASSISTANT ATTORNEY GENERAL
STATE OF ALABAMA


s/ Jennifer M. Bush
JENNIFER M. BUSH (BUS016)
Assistant Attorney General
ATTORNEYS FOR PAGE WALLEY

State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama  36130-4000
Phone:  (334) 242-9330
Fax:  (334) 242-0689
Jennifer.Bush@dhr.alabama.gov


**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I have served a copy of the foregoing REPORT OF THE PARTIES' PLANNING MEETING upon the following electronically or by placing a copy thereof, addressed to him as indicated below, in U.S. Mail, first class postage prepaid, on this the   11th   day of October, 2007.


Troy King - Attorney General State of Alabama
Sharon E. Ficquette - Assistant Attorney General
Jennifer M. Bush - Assistant Attorney General
Attorneys for Page Walley
State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama 36130-4000

/s/ Andy Nelms
Of Counsel