IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRACY WOOTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  2:07-cv-00701-WKW |
| | ) | |
| PAGE WALLEY, Commissioner of the | ) | |
| Alabama Department of Human | ) | |
| Resources, in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF DEADLINE**

COMES NOW, the Plaintiff, by and through her counsel, and respectfully request that this Honorable Court grant her an extension of time for filing dispositive motions in the above-entitled and numbered case. As grounds therefor, the Plaintiff states as follows:

1. The current dispositive motion deadline is set for March 13, 2008.

2. Plaintiff served Defendant with a Notice of Deposition under Rule 30(b)(6) of the *Federal Rules of Civil Procedure*. As a result thereof, Plaintiff will be deposing three individuals from the Alabama Department of Human Resources.

3. The parties are diligently working together to set a date for these depositions upon which all deponents can attend but have been unable to do such as of this date due to conflicting schedules.

4. The Plaintiff expects to complete all depositions by April 12, 2008.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff respectfully requests that this Honorable Court extend the dispositive motion deadline until May 12, 2008.

/s K. Anderson Nelms
K. ANDERSON NELMS (NEL022)
Attorney for Plaintiff
Anderson Nelms & Associates, LLC
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@andersonnelms.com
ASB-6972-E63K

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

JENNIFER M. BUSH (BUS016)
Assistant Attorney General
State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama 36130-4000

/s K. Anderson Nelms
K. ANDERSON NELMS (NEL022)
Attorney for Plaintiff
Anderson Nelms & Associates, LLC
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@andersonnelms.com
ASB-6972-E63K