IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRACY WOOTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-00701-WKW |
| | ) | |
| PAGE WALLEY, Commissioner of the | ) | |
| Alabama Department of Human | ) | |
| Resources, in both his individual | ) | |
| and official capacities, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is before the court on Plaintiff's Motion for Extension of Deadline (Doc. # 18) in which the plaintiff seeks an extension of the deadline for filing dispositive motions to have time to complete depositions of witnesses.  The defendant has already filed his motion for summary judgment.  It is ORDERED that:

1.  The Motion for Extension of Deadline (Doc. # 18) is GRANTED.

2.  The plaintiff shall file a response to defendant's Motion for Summary Judgment **on or before May 12, 2008.**  The defendant shall file a reply brief **on or before May 26, 2008.**

3.  The Scheduling Order (Doc. # 13) is AMENDED as follows:

   a.  The deadline for dispositive motions is CONTINUED from March 13, 2008 to **May 12, 2008**.

b. The trial is CONTINUED from the July 28, 2008 trial term to the **October 20, 2008** trial term.

c. The pretrial conference is CONTINUED from June 23, 2008 to **September 15, 2008**.

d. The discovery deadline is CONTINUED from March 1, 2008 to **May 1, 2008**.

e. The deadline for Settlement Conference Notice is CONTINUED from April 20, 2008 to **July 7, 2008**.

f. The deadline for Witness Lists is CONTINUED from June 19, 2008 to **September 11, 2008.**

g. The deadline for Deposition Designations is CONTINUED from June 19, 2008 to **September 11, 2008.**

h. The deadline for Exhibit Lists is CONTINUED from June 19, 2008 to **September 11, 2008**.

4. No further extensions will be permitted.

DONE this 19th day of March, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE