# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TRACY WOOTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:07-cv-701-WKW |
| ) | |
| PAGE WALLEY, Commissioner ) | |
| of the Alabama Department of ) | |
| Human Resources, in his official ) | |
| and individual capacities, ) | |
| ) | |
| Defendant. ) | |

## AMENDED MOTION TO CONTINUE

COMES NOW Defendant Dr. Page Walley, in his official capacity as Commissioner of the Alabama Department of Human Resources, and his individual capacity, by and through undersigned counsel, and moves this Court for a continuance of the pretrial conference scheduled Monday, September 15, 2008, and as grounds thereof shows as follows:

1. Undersigned counsel has an unavoidable family obligation the week of September 15, 2008, through September 19, 2008.

2. Counsel has just become aware of this scheduling conflict.

3. Counsel has not previously asked for a continuance in this case.

4. Undersigned counsel has conferred with Plaintiff's counsel who has no objection to the continuance.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, defendant Walley respectfully requests that this Court continue the pretrial conference in this case to a date before or after the week of September 15, 2008, through September 19, 2008.

RESPECTFULLY SUBMITTED,

SHARON E. FICQUETTE
ASSISTANT ATTORNEY GENERAL
STATE OF ALABAMA


s/ Jennifer M. Bush_____
JENNIFER M. BUSH (BUS016)
Assistant Attorney General

State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama  36130-4000
Phone:  (334) 242-9330
Fax:  (334) 242-0689

ATTORNEYS FOR PAGE WALLEY

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2008, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:

Keith Anderson Nelms
847 South McDonough Street
Montgomery, AL 36104

        s/ Jennifer M. Bush_____
        JENNIFER M. BUSH (BUS016)
        Assistant Attorney General

        State of Alabama
        Department of Human Resources
        P.O. Box 304000
        Montgomery, Alabama  36130-4000
        Phone:  (334) 242-9330
        Fax:  (334) 242-0689

        ATTORNEY FOR PAGE WALLEY