IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRACY WOOTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07cv701-WKW |
| | ) |
| PAGE WALLEY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Defendant's unopposed Motion to Continue and Amended Motion to Continue (Docs. # 22 & 23), it is ORDERED that the motions are GRANTED and that the pretrial conference is CONTINUED from September 15, 2008, to **September 9, 2008,** at 11:00 a.m.

DONE this 18th day of August, 2008.

                         /s/  W. Keith Watkins
                         UNITED STATES DISTRICT JUDGE