IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRACY WOOTEN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PAGE WALLEY, Commissioner of the )<br>Alabama Department of Human )<br>Resources, in both his individual )<br>and official capacities, )<br>)<br>    Defendant. ) | CASE NO. 2:07-cv-701-WKW |

## **ORDER**

It is ORDERED that all deadlines scheduled in the amended Uniform Scheduling Order (Doc. # 19) and the pretrial conference set for September 9, 2008 (Doc. # 25) are CONTINUED until further notice of the court.

Done this 4th day of September, 2008.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE